Paul F. Clark (PC 2633)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants HMC Capital Resources LLC,
Marriott Hotel Services, Inc. and MK West Street Company, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)
                                            07CV01551 (AKH)
------------------------------------------------------------------------ X

YASMIN ABARCA,

                               Plaintiff,            **NOTICE OF
                                                     ADOPTION OF
-against-                                            ANSWER TO
                                                     MASTER
AMERICAN EXPRESS BANK. LTD, et. al.,                 COMPLAINT**

                               Defendants.

------------------------------------------------------------------------ X

PLEASE TAKE NOTICE THAT defendants HMC CAPITAL RESOURCES

LLC, MARRIOTT HOTEL SERVICES, INC. and MK WEST STREET COMPANY,

L.P., hereby adopt the Answer to Master Complaint, dated August 3, 2007, that was

filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site*

*Litigation*, 21 MC 102 (AKH).

WHEREFORE, defendants HMC CAPITAL RESOURCES LLC, MARRIOTT

HOTEL SERVICES, INC. and MK WEST STREET COMPANY, L.P., demand

judgment dismissing the above-captioned action as against each of them, together

with their costs and disbursements.

Dated:  New York, New York
         April 24, 2008

WADE CLARK MULCAHY

/s/
_____
By: Paul F. Clark (PC 2633)
Attorneys for HMC Capital Resources LLC,
Marriott Hotel Services, Inc. and MK West
Street Company, L.P.
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900

STATE OF NEW YORK        )
COUNTY OF NEW YORK   ) ss:

T. Coreentje Phipps, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in New York, New York.

That on April 24, 2008, deponent served the within **Notice of Adoption of Answer to Master Complaint** upon the attorneys and parties listed below by electronic mail:

TO:

Gregory J. Cannata, Esq.
THE LAW FIRM OF GREGORY J. CANNATA
Plaintiff's Liaison Counsel
233 Broadway
New York, NY 10279

Robert Grochow, Esq.
ROBERT A. GROCHOW, P.C.
Plaintiff's Liaison Counsel
233 Broadway
New York, NY 10279

David Worby, Esq.
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Plaintiff's Liaison Counsel
115 Broadway
New York, NY 10006

James E. Tyrrell, Jr., Esq.
PATTON BOGGS LLP
Defendants' Liasion Counsel
The Legal Center
One Riverfront Plaza
Newark, NJ  07102

Richard Williamson, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP
Defendants' Liaison Counsel
One Liberty Plaza
New York, NY 10006

WILSON ELSER, ET AL
Attorneys for Battery Park City Authority
3 Gannett Drive
White Plains, NY 10604

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead Development, LLC
20 West Main Street
Bay Shore, NY 11706

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead 110 Development, LLC
20 West Main Street
Bay Shore, NY 11706

DICKSTEIN    SHAPIRO    MORIN    &
OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/

_____

T. Coreentje Phipps

Sworn to before me this
24th day of April 2008

/s/

_____

Paul F. Clark