Paul F. Clark (PC 2633)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants HMC Capital Resources LLC,
Marriott Hotel Services, Inc. and MK West Street Company, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                      21 MC 102 (AKH)
                                                        07CV01551(AKH)
------------------------------------------------------------------------ X
YASMIN ABARCA,                                          **AMENDED**
                                                        **FED. R. CIV. P.**
                                                        **7.1 STATEMENT**

                              Plaintiff,
-against-

AMERICA EXPRESS BANK. LTD, et. al.,

                              Defendants.

------------------------------------------------------------------------ X

   Pursuant to Rule 7.1 of the Local Civil Rules of the Sothern District of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the defendants, certifies that Host Hotels & Resorts, Inc. is the parent corporation of HMC Capital Resources LLC, and Marriott International Inc. is the parent corporation of Marriott Hotel Services, Inc. and MK West Street Company, L.P.

Dated: New York, New York
       April 24, 2008

                      WADE CLARK MULCAHY

                      /s/

                      _____
                      By: Paul F. Clark (PC 2633)
                      Attorneys for HMC Capital Resources
                      LLC, Marriott Hotel Services, Inc. and
                      MK West Street Company, L.P.
                      111 Broadway, 9th Floor
                      New York, New York 10006
                      (212) 267-1900

STATE OF NEW YORK      )
COUNTY OF NEW YORK   ) ss:

T. Coreentje Phipps, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in New York, New York.

That on April 24, 2008, deponent served the within **FED. R. CIV. P. 7.1 STATEMENT** upon the attorneys and parties listed below by electronic mail:

TO:

| | |
|---|---|
| Gregory J. Cannata, Esq.<br>THE LAW FIRM OF GREGORY J. CANNATA<br>Plaintiff's Liaison Counsel<br>233 Broadway<br>New York, NY 10279 | Robert Grochow, Esq.<br>ROBERT A. GROCHOW, P.C.<br>Plaintiff's Liaison Counsel<br>233 Broadway<br>New York, NY 10279 |
| David Worby, Esq.<br>WORBY GRONER EDELMAN & NAPOLI BERN, LLP<br>Plaintiff's Liaison Counsel<br>115 Broadway<br>New York, NY 10006 | James E. Tyrrell, Jr., Esq.<br>PATTON BOGGS LLP<br>Defendants' Liasion Counsel<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ  07102 |
| Richard Williamson, Esq.<br>FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP<br>Defendants' Liaison Counsel<br>One Liberty Plaza<br>New York, NY 10006 | WILSON ELSER, ET AL<br>Attorneys for Battery Park City Authority<br>3 Gannett Drive<br>White Plains, NY 10604 |
| ESCHEN, FRENKLE & WEISMAN, LLP<br>Attorneys for Lionshead Development, LLC<br>20 West Main Street<br>Bay Shore, NY 11706 | ESCHEN, FRENKLE & WEISMAN, LLP<br>Attorneys for Lionshead 110 Development, LLC<br>20 West Main Street<br>Bay Shore, NY 11706 |

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/
_____
T. Coreentje Phipps

Sworn to before me this
24th day of April 2008

/s/
_____
Paul F. Clark